**JS - 6/ENTER**



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LINETTE LUNA,<br><br>    Petitioner,<br><br>    v.<br><br>VELDA DOBSON-DAVIS, WARDEN,<br><br>    Respondent. | Case No. EDCV 10-0853-MLG<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: September 14, 2010

_____
Marc L. Goldman
United States Magistrate Judge

